IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BENNIE C. COX,** | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 04-00025-BH-B |
| **JERRY FERRELL,** | : |
| Respondents. | : |
| | : |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that petitioner's action be dismissed with prejudice as time-barred.

**DONE** this 5th day of April, 2007.

                                                s/ W. B. Hand
                                                SENIOR DISTRICT JUDGE