# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BENNIE C. COX | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION NO. 04-0025-BH-B |
| JERRY FERRELL, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that petitioner's petition for habeas corpus relief is hereby **DENIED**.

**DONE** this 19th day of May, 2008.

                                                        s/ W. B. Hand
                                                SENIOR DISTRICT JUDGE